**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                Case No. 8:25-bk-05472-CED
                                                                      Chapter 13
JORGE MARTINEZ

         Debtor.[1]
_____/

**TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE**
**TO COMPLY WITH THE COURT'S ADMINISTRATIVE ORDER**

> A preliminary hearing in this case will be held on October 6, 2025 at 1:30 p.m. before the Honorable Caryl E. Delano, United States Bankruptcy Judge, in Courtroom 9A at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.
>
> All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/delano

Kelly Remick, Chapter 13 Standing Trustee, hereby moves for the entry of an order dismissing this case, and in support thereof states the following:

1.  The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on August 4, 2025 and a Section 341 Meeting of Creditors was scheduled for September 9, 2025.

2.  The Debtor has failed to comply with the Court's Administrative Order docketed on August 4, 2025 (Doc. No. 5).

3.  The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of all pay stubs, advices or documentation of income sources ("payment advices") for the six-month period ending on the last day of the month preceding the month of the petition date.

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

4. The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of tax returns for the two years preceding the petition date.

5. The Debtor exceeds the limits for secured debt under 11 U.S.C. §109(e), and so does not qualify as a Chapter 13 Debtor.

6. The Debtor failed to provide the Trustee with legible proof of social security number prior to the scheduled date of the Section 341 Meeting of Creditors

WHEREFORE, the Trustee respectfully requests that the Court enter an order dismissing this case, together with such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was furnished, electronically by CM/ECF and/or by U.S. Mail, to JORGE MARTINEZ, 8601 Gulf Blvd., St. Pete Beach, FL 33706; YOUNG V. KIM, CONSUMER LAW ATTORNEYS, 2727 Ulmerton Road, #270, Clearwater, FL 33762; U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 18th day of September, 2025.

    /s/ William C. Harrison, Esquire
WILLIAM C. HARRISON., ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0896731
Attorney for the Trustee

KR/tem